UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND NICHOLAS | * | |
|     Plaintiff, | * | |
| | * | Case No. _____ |
| v. | * | |
| | * | |
| AMERICAN SUGAR REFINING, INC., | * | |
| PETE MARIA, AND STEVE MCSHERRY | * | |
|     Defendants. | * | |
| | * | |

## NOTICE OF REMOVAL

**TO:** **The Honorable United States District Court
for the Eastern District of Louisiana:**

American Sugar Refining, Inc. ("American Sugar"), Pete Maria, and Steve McSherry, Defendants in the above-captioned state court suit filed by Plaintiff and now pending in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, Case No. 119-946, Division C (state court), all join in, consent, and file this Notice of Removal from the state court to the United States District Court for the Eastern District of Louisiana. Defendants do so without waiving but reserving all procedural and substantive rights and defenses. Defendants aver to this Court as follows:

I.

This action was originally filed on either November 15, 2012 or November 19, 2012,[1] by Plaintiff and is now pending in state court. See Exhibit A ("Petition"). On November 21, 2012, Defendants, Pete Maria and Steve McSherry were served with the Citation and Petition notifying Defendant of the state court suit (Exhibit B). On November 28, 2012, American Sugar was

---

[1] The Petition is stamped November 15, 2012 on page 1; and November 19, 2012 on page 3 (Exhibit A).

1

served. A copy of the Citation is attached hereto as Exhibit C and incorporated herein by reference.

II.

This action is one of a civil nature seeking monetary damages from Defendants for race discrimination under Title VII of the Civil Rights Act of 1964, and the Louisiana Discrimination in Employment Law. See Exhibit A at ¶¶3, 12-15.

III.

This action is removed pursuant to 28 U.S.C. § 1441(a), as Plaintiff's federal employment race discrimination claims are within the "original jurisdiction" of district courts pursuant to 28 U.S.C. § 1331.

IV.

Therefore, the requisite federal question for original jurisdiction as required by 28 U.S.C. § 1441(a) is satisfied. Removal to the United States District Court for the Eastern District of Louisiana is an appropriate venue for removal pursuant to 28 U.S.C. § 1391, § 1441(a) and § 1446(a).

V.

Plaintiff also asserts causes of action under state law. However, because this Court has original jurisdiction of Plaintiff's federal claims, this Court may accept the state law causes of action under this Court's supplemental jurisdiction. 28 U.S.C. §§ 1367 and 1441(c). Additionally, the state claims share with the federal claim "a common nucleus of operative fact" as they arise from the alleged discrimination and retaliation that Plaintiff claims in his Petition. They are therefore removable as state supplemental claims. See Carnegie-Mellon Univ. v. Cohill, 484 U.S. 343 (1988); United Mine Workers v. Gibbs, 383 U.S. 715, 725-27 (1966).

VI.

Pursuant to 28 U.S.C. § 1446, this Notice of Removal and the attached copies of all process, pleadings, and orders received by Defendant as Exhibits A and B hereby comply with the requirements of 28 U.S.C. § 1446(a).

VII.

The filing of this Notice of Removal is timely within 30 days after Defendants' notice of the pending state court action asserting claims removable to federal court. Pursuant to 28 U.S.C. § 1446(d), a notice of filing of removal has been filed in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana (Exhibit D), and has been served upon Plaintiff through his counsel of record.

WHEREFORE, Defendants respectfully request that this Notice of Removal be received and filed, and that the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, proceed no further in said action filed herein unless and until this action be remanded by this Court.

This the 17th day of December, 2012.

/s/ Ernest R. Malone Jr
Ernest R. Malone Jr. (#9066)
**THE KULLMAN FIRM**
1100 Poydras Street, Suite 1600
New Orleans, Louisiana  70163
Telephone:  (504) 524-4162
Facsimile:  (504) 596-4189
erm@kullmanlaw.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on this 17th day of December, 2012, I caused to be served a copy of the above Notice of Removal, by United States mail, postage prepaid, upon the following:

J. Wayne Mumphrey
Carlos A. Zelaya II
Mumphrey Law Firm, LLC
330 Oak Harbor Blvd, Suite D
Slidell, Louisiana   70458

                              /s/ Ernest R. Malone Jr.