34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO.: 119,946  DIVISION C

EDMOND NICHOLAS

VERSUS

AMERICAN SUGAR REFINING, INC.,
PETE MARIA, AND STEVE MCSHERRY

FILED: NOV 1 5 2012
9:54 am

_Randy S. Nunez_
DEPUTY CLERK

### PETITION FOR DAMAGES

Edmond Nicholas, a Louisiana resident domiciled in Jefferson Parish, respectfully represents as follows:

1. Made defendants herein are:
   a. American Sugar Refining, Inc., a foreign corporation authorized to do and doing business in St. Bernard Parish, Louisiana;
   b. Pete Maria, a Louisiana resident who, at all times pertinent hereto, worked for American Sugar Refining, Inc. as its refinery manager;
   c. Steve McSherry, a Louisiana resident who, at all times pertinent hereto, worked for American Sugar Refining, Inc. as its processing manager.
2. Defendant American Sugar Refining, Inc. is an employer engaged in an industry that affects commerce and employs more than 15 employees. It owns and operates the Domino Sugar Refinery in Arabi, Louisiana where the unlawful employment practices complained of below were committed.
3. American Sugar Refining, Inc. and its managers Pete Maria and Steve McSherry followed a policy and practice of discriminating against Mr. Nicholas on account of his race. Under that policy and practice, those defendants denied Mr. Nicholas continued employment because of his race.
4. Mr. Nicholas is African-American and worked for American Sugar Refining, Inc. (or its predecessors) from 1994 until December 2011. He began working as a "processing supervisor" and eventually worked his way up to "raw sugar manager." He performed the


EXHIBIT A

duties of "raw sugar manager" from 2003 until December 2011. He was qualified for his job, met his employment expectations satisfactorily, and received good performance reviews.

5. Mr. Nicholas's duties as "raw sugar manager" included responsibility for overseeing the delivery of all raw product into the sugar refinery whether by truck, barge, or ship. He interacted with ship agents, linesmen, longshoremen, and customs agents. In 2003 or 2004 Mr. Nicholas was issued a company cell phone to ensure his 24-hour accessibility.

6. While Mr. Nicholas had an office at the refinery, he performed his job duties both on site and off site, regularly working weekends and beyond normally scheduled hours. His office was on the dock along the Mississippi River behind the refinery.

7. Due to Homeland Security rules and regulations, a security access card was required to enter the refinery's dock. The access card was not a timekeeping device, and Mr. Nichols was not required to punch a time clock.

8. As "raw sugar manager" Mr. Nicholas reported directly to the refinery manager (Defendant Pete Maria) as his direct supervisor. However, in August or September 2011, Defendant Pete Maria issued a new organization chart under which Mr. Nicholas reported to Defendant Steve McSherry, the processing manager, effectively demoting Mr. Nicholas.

9. Also in September 2011, Mr. Nicholas became ill, visiting the emergency room twice that month. He subsequently underwent a series of diagnostic tests including CT and MRI scans, and was eventually diagnosed as suffering from meningitis.

10. When Mr. Nicholas returned to work after Thanksgiving 2011, he was called to the main conference room where Defendant Steve McSherry questioned him about his timesheets. The refinery security manager and HR manager were present at the meeting.

11. At the conclusion of the meeting, Mr. Nicholas was suspended pending investigation of a purported time discrepancy.

12. In December 2011, Mr. Nicholas was terminated, ostensibly because his timesheets did not match the use of his access card to leave and enter the refinery's dock. Mr. Nicholas was replaced by a white employee.

13. White employees who were accused of similar time discrepancies were not terminated. In fact, historically, disciplinary measures taken against black employees was more severe than that taken against white employees for the same conduct.

14. As a direct and proximate result of the discriminatory practices described above, plaintiff was humiliated, embarrassed and degraded and, as a consequence, endured great mental suffering. Plaintiff continues to suffer extreme mental anguish and distress, has lost income, and is otherwise adversely affected as a result of the reckless and callous indifference of defendant the plaintiff's rights and defendants' intentional denial of plaintiff's employment rights because of race.

15. The defendants' conduct described herein constitutes unlawful discrimination against the plaintiff based on race in violation of state and federal law.

16. Plaintiff timely filed a charge of employment discrimination with the U.S. Equal Employment Opportunity Commission (EEOC). The EEOC mailed a notice of Right to Sue on August 22, 2012, and this petition has been filed within 90 days of receipt of that notice. A copy of the notice is attached hereto as exhibit A.

**WHEREFORE** plaintiff prays that the defendants be served with a copy of this petition, be duly cited to appear and answer same, and, after all legal delays and due proceedings are had, there be judgment herein in favor of plaintiff Edmond Nicholas and against the defendants, American Sugar Refining, Inc., Pete Maria, and Steve McSherry, jointly, severally, and in solido in an amount to be determined by this Honorable Court with legal interest thereon from the date of judicial demand, all costs of these proceedings, attorney fees, and such further and other equitable relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

MUMPHREY LAW FIRM, L.L.C.
J. Wayne Mumphrey (#9824)
Carlos A. Zelaya, II (#22900)
330 Oak Harbor Blvd., Suite D
Slidell, LA 70458
Telephone: (985) 649-0709
Facsimile: (985) 649-5706

A TRUE COPY
Randy S. Nunez
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
By: _____
DEPUTY CLERK

NOV 1 9 2012

/s/Elizabeth A. Ruiz

Edmond Nicholas Petition for Damages
Page - 3 -

PLEASE SERVE:

1) American Sugar Refining, Inc.
   Through its agent for service:
   Corporate Creations Network, Inc.
   1070-B West Causeway Approach
   Mandeville, LA 70471

2) Pete Maria
   **Personally** at his place of employment:
   Domino Sugar Refinery
   7417 N. Peters Street
   Arabi, LA 70032

3) Steve McSherry
   **Personally** at his place of employment:
   Domino Sugar Refinery
   7417 N. Peters Street
   Arabi, LA 70032

Edmond Nicholas Petition for Damages
Page - 4 -

**34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

NO.: 119 946         DIVISION: 

EDMOND NICHOLAS

VERSUS

AMERICAN SUGAR REFINING, INC.,
PETE MARIA, AND STEVE MCSHERRY

FILED: NOV 1 5 2012        _____
                             DEPUTY CLERK
                             Lauren Caravella

**REQUEST FOR WRITTEN NOTICE**

NOW INTO COURT, through undersigned counsel, comes Edmond Nicholas, plaintiff herein, who requests in accordance with La. C.C.P. art. 1572 that he be given written notice by mail ten (10) days in advance of the date fixed for trial of any hearing in the above-captioned matter, whether on exceptions, motions, rules, or the merits. Plaintiff also requests immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon rendition thereof as provided by La. C.C.P. arts. 1913 and 1914, including notice of judgment in the event this case is taken under advisement, or if the judgment is not signed at the conclusion of the trial.

RESPECTFULLY SUBMITTED,

_____
MUMPHREY LAW FIRM, L.L.C.
J. Wayne Mumphrey (#9824)
Carlos A. Zelaya, II (#22900)
330 Oak Harbor Blvd., Suite D
Slidell, LA 70458
Telephone: (985) 649-0709
Facsimile: (985) 649-5706

# CITATION

| | | |
|---|---|---|
| EDMOND NICHOLAS | | Case: # 119-946 |
| | | Division: C |
| Versus | | 34th Judicial District Court |
| | | Parish of St. Bernard |
| AMERICAN SUGAR REFINING, INC., | | State of Louisiana |

TO: PETE MARIA
PERSONALLY AT HIS PLACE OF EMPLOYMENT
DOMINO SUGAR REFINERY
7417 N. PETERS STREET
ARABI, LA.

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of PETITION FOR DAMAGES. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 15TH day of NOVEMBER, 2012.

PR/ EDMOND NICHOLAS

RANDY S. NUNEZ
Clerk of Court
Parish of St. Bernard

By: _Elizabeth A. Ruiz_
Deputy Clerk

www.stbclerk.com

---

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____, _____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ this on _____ at _____
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, _____.

_____
Sheriff

EXHIBIT B

NOV 2 1 2012

# CITATION

**EDMOND NICHOLAS**

Versus

**AMERICAN SUGAR REFINING, INC.,**

Case: # 119-946
Division: C
34th Judicial District Court
Parish of St. Bernard
State of Louisiana

TO: STEVE MCSHERRY
PERSONALLY AT HIS PLACE OF EMPLOYMENT
DOMINO SUGAR REFINERY
7417 N. PETERS STREET
ARABI, LA.

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of PETITION FOR DAMAGES. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 15TH day of NOVEMBER, 2012.

PR/ EDMOND NICHOLAS

RANDY S. NUNEZ
Clerk of Court
Parish of St. Bernard

By: _Elizabeth A. Ruiz_
Deputy Clerk

www.stbclerk.com

---

**DOMICILIARY**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
   Returned Parish of St. Bernard _____, _____.

_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ on
_____ on _____ at _____ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
   Returned Parish of St. Bernard _____, _____.

_____
Sheriff



**CORPORATE CREATIONS®**
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410

November 29, 2012

American Sugar Refining, Inc.
Armando (Tab) Tabernilla General Counsel
Florida Crystals Corporation
One North Clematis Street, Suite 200
WEST PALM BEACH FL 33401

# SERVICE OF PROCESS NOTICE

The following is a summary of the enclosed legal document(s) that we received.

**Note:** Any questions regarding the substance of the matter described below, including the status or to whom or where to respond, should be directed to the person set forth in line 12 below or to the court or government agency where the matter is being heard.

Item: 2012-15

| # | Field | Value |
|---|---|---|
| 1. | Client Entity: | American Sugar Refining, Inc. |
| 2. | Title of Action: | Edmond Nicholas vs. American Sugar Refining, Inc. |
| 3. | Document(s) Served: | Citation / Petition for Damages / Request for Written Notice |
| 4. | Court/Agency: | St. Bernard Parish 34th Judicial District Court |
| 5. | State Served: | Louisiana |
| 6. | Case Number: | 119-946 |
| 7. | Case Type: | Damages |
| 8. | Method of Service: | Hand Delivered |
| 9. | Date Received: | Wednesday 11/28/2012 |
| 10. | Date to Client: | Thursday 11/29/2012 |
| 11. | # Days When Answer Due: 15  Answer Due Date: 12/13/12 | **CAUTION:** Client is solely responsible for reviewing service of process to verify accuracy of Answer Due Date. |
| 12. | SOP Sender: (Name, City and Phone Number) | Mumphrey Law Firm, LLC / Slidell, LA / 985-649-0709 |
| 13. | Shipped to Client By: | FedEx Saver and Email with PDF Link |
| 14. | Tracking Number: | 794182381199 |
| 15. | Notes: | None |

This notice is provided for general information purposes only and should not be considered a legal opinion. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL. 33410   Tel: (561) 694-8107   Fax: (561) 694-1639
www.CorporateCreations.com

**EXHIBIT C**

# CITATION



**EDMOND NICHOLAS**

*Versus*

**AMERICAN SUGAR REFINING, INC.,**



Case: # 119-946
Division: C
34th Judicial District Court
Parish of St. Bernard
State of Louisiana

TO: AMERICAN SUGAR REFINING, INC.
THRU ITS AGENT FOR SERVICE
COPORATE CREATIONS NETWORK, INC.
1070-B WEST CAUSEWAY APPROACH
MANDEVILLE, LA.

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of PETITION FOR DAMAGES. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 15TH day of NOVEMBER, 2012.

PR/ EDMOND NICHOLAS

RANDY S. NUNEZ
Clerk of Court
Parish of St. Bernard

By: _Elizabeth A. Ley_ (signature)
Deputy Clerk

www.stbclerk.com

---

**DOMICILIARY**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____, ____.

_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in _____
Returned Parish of St. Bernard _____, ____.

_____
Sheriff



34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 119-946                                                    DIVISION: C

EDMOND NICHOLAS

VERSUS

AMERICAN SUGAR REFINING, INC.,
PETE MARIA, AND STEVE MCSHERRY

FILED: _____          _____
                                         DEPUTY CLERK


## NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION

PLEASE TAKE NOTICE, that on the 17th day of December, 2012, Defendants American Sugar Refining, Inc., Pete Maria, and Steve McSherry, filed a Notice of Removal, a copy of which is attached hereto, with the United States District Court for the Eastern District of Louisiana. This case is now removed to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted on this 17th day of December, 2012.

/s/ Ernest R. Malone, Jr.
Ernest R. Malone, Jr. (#9066)
**THE KULLMAN FIRM**
1100 Poydras Street, Suite 1600
New Orleans, Louisiana 70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4189
erm@kullmanlaw.com

**COUNSEL FOR DEFENDANT**

EXHIBIT D

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of December, 2012, I caused to be served a copy of the above Notice of Removal, by United States mail, postage prepaid, upon the following:

> J. Wayne Mumphrey
> Carlos A. Zelaya II
> Mumphrey Law Firm, LLC
> 330 Oak Harbor Blvd, Suite D
> Slidell, Louisiana   70458

                                        /s/ *Ernest R. Malone, Jr.*

2