```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

EDMOND NICHOLAS                                CIVIL ACTION

VERSUS                                         NUMBER: 12-2977

AMERICAN SUGAR REFINING, INC., ET AL.          SECTION: "A"(5)


**ORDER**

In the above-captioned matter which is before the Court upon the consent of the parties under 28 U.S.C. §636(c), the Court previously heard oral argument on the defendants' motion to dismiss and plaintiff's motion to remand. (Rec. docs. 16, 18, 8, 10). The defendants filed their motion to dismiss on December 21, 2012 which was served upon plaintiff via the CM/ECF system that same day. (Rec. doc. 8). Eighteen days later, plaintiff filed a motion for leave to amend his complaint in which he deleted reference to any federal claims that were raised in his original state court petition. (Rec. doc. 15). Pursuant to Rule 15(a)(1)(B), Fed.R.Civ.P., a party may amend his pleadings once as a matter of course without leave of court within twenty-one days after being served with a motion to dismiss. Galvan v. Miss. Power Co., No.

10-CV-159, 2010 WL 4878511 at *1 (S.D. Miss. Nov, 24, 2010). Plaintiff has since filed a stipulation in the record in which he makes clear that he is dismissing all federal claims against all of the named defendants with prejudice.  (Rec. doc. 19).  Plaintiff having done so, this case has become remandable and is hereby remanded to state court.  <u>Enochs v. Lampsas County</u>, 641 F.3d 155 (5th Cir. 2011).

    New Orleans, Louisiana, this 24th day of January, 2013.

                                    ALMA L. CHASEZ
                            UNITED STATES MAGISTRATE JUDGE